IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Earl Wayne Myers, II, | ) | C/A No. 0:14-2424-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, *Acting Commissioner of Social Security*, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on Plaintiff's Petition for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") filed November 30, 2015. See 28 U.S.C. § 2412. Plaintiff seeks an award of attorney's fees in the amount of $5,115.00. A Joint Stipulation filed on Decmeber 17, 2015 notified the court that the parties agreed to a compromise settlement in which Defendant agrees to pay Plaintiff $4,000.00 in attorney's fees.

The court has reviewed the fee motion and stipulation and finds the compromise settlement reasonable. Accordingly,

**IT IS ORDERED** that the Plaintiff's petition for attorney's fees pursuant to the EAJA be granted in the amount of $4,000.00 in attorney's fees. EAJA fees awarded by this court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to Plaintiff's counsel, Defendant is directed to make the payment due to Plaintiff's counsel. If Plaintiff has no debt subject to offset and no proper assignment has been made by

Plaintiff to counsel, Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and delivered to Plaintiff's counsel.

                                                                                                        _____
                                                                                                        Paige J. Gossett
                                                                                                         UNITED STATES MAGISTRATE JUDGE

January 8, 2016
Columbia, South Carolina